Delia Henry, as Administratrix, etc., of Patrick Henry, Deceased, Appellant, v. Hudson and Manhattan Railroad Company, Respondent.— Judgment affirmed,

with costs. No opinion. Jenks, Burr, Rich and Carr, JJ., concurred; Woodward, J., dissented.

Emily Hobbs and Others, Plaintiffs, v. William H. Fawcett, Defendant.— Proceedings dismissed, without costs, on the ground that the facts are not sufficiently stated, it appearing that there are persons whose rights are affected who are not parties to the proceeding. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

Harri M. Howell, as Executor, etc., of William Fastenau, Deceased, Respondent, v. Jastrow Alexander and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of Theresa Murphy. Catherine Kenny, Surviving Executrix of Patrick Kenny, Deceased, and Others, Claiming to Be Next of Kin of Theresa Murphy, Deceased, Respondents; The People of the State of New York, Appellant. — Decree of the Surrogate's Court of Kings county affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Hyman Kirsch, Appellant, v. Fred Below, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the decision is against the weight of evidence. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Ellis Klein, Appellant, v. Catherine Tiemann and Another, Respondents.— Judgment and order of the Municipal Court affirmed, without costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Jacob Levtow, Respondent, v. Samuel Bloom, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., affirmed.